```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                                  Case No. 18-03141-JJT
Joseph M Ragona, III
Kathleen Ragona                                                                         Chapter 13
        Debtors                          CERTIFICATE OF NOTICE
District/off: 0314-5          User: TWilson                Page 1 of 2                  Date Rcvd: Oct 18, 2018
                              Form ID: ntnoshow            Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
db/jdb         +Joseph M Ragona, III,    Kathleen Ragona,    382 Old River Rd,    Thorhurst, PA 18424-7623
5089332         ADVANCED CALL CENTER,    PO BOX 9091,    Johnson City, TN 37615-9091
5089333         AMAZON.COM,    PO BOX 15123,    Wilmington, DE 19850-5123
5089334         AMERICOLLECT,    PO BOX 1690,    Colby, WI 54421-1690
5110922         CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
5089343        +CENTRAL CREDIT,    9550 REGENCY SQ BLVD,    STE 500,    Jacksonville, FL 32225-8169
5089346         EYE CARE SPECIALISTS,    PO BOX 660827,    Dallas, TX 75266-0827
5089348         FIRST PREMIER BANK,    Sioux Falls, SD 57107
5089349         FMS, INC,    PO BOX 707600,    Tulsa, OK 74170-7600
5089351         GEISINGER,    PO BOX 27727,    Newark, NJ 07101-7727
5089354        +JEFFERSON HEALTH,    PO BOX 88,    Philadelphia, PA 19105-0088
5089355        +L.C.C.C.,    1333 S. PROPSECT ST,    Nanticoke, PA 18634-3814
5089358         MATTHEW BERGER, M.D.,    340 MONTAGE MTN RD,    Moosic, PA 18507-1782
5089362        +NORTHLAND GROUP,    PO BOX 390846,    Minneapolis, MN 55439-0846
5089364        +PATENUDE AND FELIX,    4545 MURPHY CANYON RD.,    3RD FLOOR,    San Diego, CA 92123-4363
5089366         PENNYMAC,    PO BOX 514387,    Los Angeles, CA 90051-4387
5089368         PROCO,    PO BOX 2462,    Aston, PA 19014-0462
5117333        +PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410
5089369         RADIOLOGY ASSOCS,    PO BOX 197,    State College, PA 16804-0197
5089370        +RECON ORTHO,    PO BOX 757910,    Philadelphia, PA 19175-7910
5089371        +ROTHMAN INSTITUATE,    925 CHESTNUT ST,    Philadelphia, PA 19107-4290
5089373         TARGET,    PO BOX 660170,    Dallas, TX 75266-0170
5089374        +VALLEY ENT, P.C,    190 WELLES ST,    Kingston, PA 18704-4961
5089375        +VISION IMAGING,    517 PIERCE ST,    Kingston, PA 18704-5757
5105294         Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA   50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5089335        +E-mail/Text: legal@arsnational.com Oct 18 2018 18:51:58      ARS NATIONAL,   PO BOX 469100,
                 Escondido, CA 92046-9100
5089336         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 18 2018 18:52:01      BOSCOVS,   PO BOX 183003,
                 Columbus, OH 43218-3003
5089339         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2018 18:54:11      CAPITAL ONE,
                 PO BOX 71083,    Charlotte, NC 28272-1083
5089344        +E-mail/PDF: creditonebknotifications@resurgent.com Oct 18 2018 18:53:53     CREDIT ONE BANK,
                 PO BOX 98872,    Las Vegas, NV 89193-8872
5104716         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2018 18:54:12
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC   28272-1083
5091623        +E-mail/Text: bankruptcy@cavps.com Oct 18 2018 18:52:13      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5089345         E-mail/Text: mrdiscen@discover.com Oct 18 2018 18:51:55      DISCOVER,   PO BOX 3008,
                 New Albany, OH 43054-3008
5092054         E-mail/Text: mrdiscen@discover.com Oct 18 2018 18:51:55      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
5089347         E-mail/Text: bnc-bluestem@quantum3group.com Oct 18 2018 18:52:16      FINGERHUT,   PO BOX 166,
                 Newark, NJ 07101-0166
5089356         E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2018 18:54:12      LOWES,   PO BOX 530914,
                 Atlanta, GA 30353-0914
5105495         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 18 2018 18:54:16
                 LVNV Funding, LLC its successors and assigns as,    assignee of Santander Consumer USA,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5089359        +E-mail/Text: bknotices@mbandw.com Oct 18 2018 18:52:14      MCCARTHY BURGESS AND WOLFE,
                 26000 CANTON RD,    Bedford, OH 44146-1807
5089360         E-mail/Text: rcpsbankruptcynotices@parallon.com Oct 18 2018 18:52:20      MEDICREDIT,
                 PO BOX 1629,    Maryland Heights, MO 63043-0629
5103714        +E-mail/Text: bankruptcydpt@mcmcg.com Oct 18 2018 18:52:08      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
5089361        +E-mail/Text: electronicbkydocs@nelnet.net Oct 18 2018 18:52:09
                 NELNET   U.S. DEPT OF EDUCATION,    PO BOX 82561,    Lincoln, NE 68501-2561
5089363         E-mail/PDF: cbp@onemainfinancial.com Oct 18 2018 18:53:51      ONE MAIN FINANCIAL,
                 PO BOX 9001122,    Louisville, KY 40290-1122
5100656         E-mail/PDF: cbp@onemainfinancial.com Oct 18 2018 18:54:10      ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
5089365         E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2018 18:54:35      PAYPAL CREDIT,   PO BOX 960080,
                 Orlando, FL 32896-0080
5089367         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2018 19:18:14
                 PORTFOLIO RECOVERY,    PO BOX 12914,    Norfolk, VA 23541
5103611         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2018 18:54:14
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5090349        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2018 18:54:36
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5106085        +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 18 2018 18:52:12      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5117106         E-mail/Text: bnc-quantum@quantum3group.com Oct 18 2018 18:52:02
                 Quantum3 Group LLC as agent for,    Galaxy International Purchasing LLC,    PO Box 788,
                 Kirkland, WA   98083-0788
5114342         E-mail/Text: bnc-quantum@quantum3group.com Oct 18 2018 18:52:02
                 Quantum3 Group LLC as agent for,    Second Round Sub LLC,    PO Box 788,
                 Kirkland, WA   98083-0788
5105304         E-mail/Text: bnc-quantum@quantum3group.com Oct 18 2018 18:52:02
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,   Kirkland, WA   98083-0788
5114339         E-mail/Text: bnc-quantum@quantum3group.com Oct 18 2018 18:52:01
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA   98083-0788
5089372        +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2018 18:54:14      SYNCHRONY BANK,
                 4125 WINDWARD PLAZA DR,    Alpharetta, GA 30005-8738
5117441        +E-mail/Text: bncmail@w-legal.com Oct 18 2018 18:52:10     TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
5089376         E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2018 18:54:12      WAL-MART,    PO BOX 960024,
                 Orlando, FL 32896-0024
                                                                                              TOTAL: 29

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5089338         CABELAS
5089341         CAR CARE CREDIT
5089342         CARE CREDIT
5089350         GAMESTOP
5089352         GETTINGTON
5089353         GOODYEAR
5089357         MARINER FINANCE
5089377         WELLS FARGO
5089378         WOODFOREST BANK
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5089337*        BOSCOVS,    PO BOX 183003,    Columbus, OH 43218-3003
5089340*        CAPITAL ONE,    PO BOX 71083,    Charlotte, NC 28272-1083
                                                                                             TOTALS: 9, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2018 at the address(es) listed below:
              Carol Weiss Baltimore    on behalf of Debtor 2 Kathleen   Ragona bandicot6@aol.com
              Carol Weiss Baltimore    on behalf of Debtor 1 Joseph M Ragona, III bandicot6@aol.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, tina.noel63@gmail.com
              James Warmbrodt    on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re:<br><br>Joseph M Ragona III,<br>   **Debtor 1**<br><br>Kathleen Ragona,<br>aka Kathleen Malec,<br>   **Debtor 2** | Chapter    13<br><br>Case No.    5:18−bk−03141−JJT |

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 and Debtor 2 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1 and Debtor 2.**

Any debtor opposing dismissal must file an objection with the Court on or before **November 8, 2018** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **November 8, 2018**.

**If no objections are filed by November 8, 2018, an Order will be entered dismissing the bankruptcy case of Debtor 1 and Debtor 2.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 18, 2018 |

ntnoshow (07/18)