IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                         CHAPTER 13
JOSEPH RAGONA
KATHLEEN RAGONA                  *     NO. 5-18-03141
         DEBTORS                     *

*************************************************************************

*OBJECTION TO DISMISSAL OF CHAPTER 13 CASE*

*The Debtors object to the dismissal of their Chapter 13 case and aver as follows:*

1. *The Debtors filed a Chapter 13 case on July 13, 2018*

2. *.Their first creditors' meeting was scheduled for September 19, 2018.*

3. *Debtors' counsel was out of town for her religious holiday.*

4. *The second creditors' meeting was scheduled for October 15, 2018.*

5. *Both debtors were unable to attend because they were sick with the flu.*

    *WHEREFORE, debtors pray that the Court will not dismiss their Chapter 13 case and will reschedule*

    *Another creditors' meeting for some time after December 6, 2018.*

                                            **LAW OFFICE OF CAROL W. BALTIMORE**

**Date November 8, 2018**                  BY: _____
                                                CAROL W. BALTIMORE, ESQ.
                                                Counsel for Debtors
                                                480 Pierce St , Ste 105
                                                **Kingston, Pa. 18704**
                                                (570) 283-1626
                                                        Attorney I.D. No. 77469

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     *     CHAPTER 13
JOSEPH RAGONA     *     5-18-03141
KATHLEEN RAGONA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

AND NOW, on this _____ day of _____, 2018, it is hereby ORDERED :

that the Motion to Dismiss debtors Chapter 13 case is DENIED.