UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   JOSEPH M RAGONA, III
         KATHLEEN RAGONA
         AKA: KATHLEEN MALEC          CHAPTER 13

              Debtor(s)

         CHARLES J. DEHART, III       CASE NO: 5-18-03141-JJT
         CHAPTER 13 TRUSTEE
              Movant

## WITHDRAWAL OF MEETING OF CREDITORS RESCHEDULED FROM PREVIOUSLY SET DATE

AND NOW, on December 17, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the MEETING OF CREDITORS RESCHEDULED FROM PREVIOUSLY SET DATE filed on or about December 17, 2018 be withdrawn. The MEETING OF CREDITORS RESCHEDULED FROM PREVIOUSLY SET DATE was filed in error or was incorrect as filed.

                              Respectfully Submitted,


                              s/ Charles J. DeHart, III
                              Charles J. DeHart, III, Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA  17036
                              Phone:  (717) 566-6097

Dated: December 17, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH M RAGONA, III
KATHLEEN RAGONA
AKA: KATHLEEN MALEC

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

JOSEPH M RAGONA, III
KATHLEEN RAGONA
AKA: KATHLEEN MALEC

CASE NO: 5-18-03141-JJT

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the below parties were served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on December 17, 2018.

CAROL W BALTIMORE, ESQUIRE
LAW OFFICE OF CAROL BALTIMORE
480 PIERCE ST, STE 105
KINGSTON, PA  18704-

Respectfully Submitted,

s/ Jo Ann Dragas
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  December 17, 2018