```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                                  Case No. 18-03141-JJT
Joseph M Ragona, III
Kathleen Ragona                                                         Chapter 13
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: TWilson              Page 1 of 2          Date Rcvd: Jan 31, 2019
                              Form ID: ntcnfhrg          Total Noticed: 54
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2019.
```
db/jdb         +Joseph M Ragona, III,    Kathleen Ragona,    382 Old River Rd,    Thorhurst, PA 18424-7623
5089332         ADVANCED CALL CENTER,    PO BOX 9091,    Johnson City, TN 37615-9091
5089333         AMAZON.COM,    PO BOX 15123,    Wilmington, DE 19850-5123
5089334         AMERICOLLECT,    PO BOX 1690,    Colby, WI 54421-1690
5110922         CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
5089343        +CENTRAL CREDIT,    9550 REGENCY SQ BLVD,    STE 500,    Jacksonville, FL 32225-8169
5089346         EYE CARE SPECIALISTS,    PO BOX 660827,    Dallas, TX 75266-0827
5089348         FIRST PREMIER BANK,    Sioux Falls, SD 57107
5089349         FMS, INC,    PO BOX 707600,    Tulsa, OK 74170-7600
5089351         GEISINGER,    PO BOX 27727,    Newark, NJ 07101-7727
5089354        +JEFFERSON HEALTH,    PO BOX 88,    Philadelphia, PA 19105-0088
5089355        +L.C.C.C.,    1333 S. PROPSECT ST,    Nanticoke, PA 18634-3814
5089358        +MATTHEW BERGER, M.D.,    340 MONTAGE MTN RD,    Moosic, PA 18507-1707
5089362        +NORTHLAND GROUP,    PO BOX 390846,    Minneapolis, MN 55439-0846
5089364        +PATENUDE AND FELIX,    4545 MURPHY CANYON RD.,    3RD FLOOR,    San Diego, CA 92123-4363
5089366         PENNYMAC,    PO BOX 514387,    Los Angeles, CA 90051-4387
5089368         PROCO,    PO BOX 2462,    Aston, PA 19014-0462
5117333        +PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410
5089369         RADIOLOGY ASSOCS,    PO BOX 197,    State College, PA 16804-0197
5089370        +RECON ORTHO,    PO BOX 757910,    Philadelphia, PA 19175-7910
5089371        +ROTHMAN INSTITUATE,    925 CHESTNUT ST,    Philadelphia, PA 19107-4290
5089373         TARGET,    PO BOX 660170,    Dallas, TX 75266-0170
5089374        +VALLEY ENT, P.C,    190 WELLES ST,    Kingston, PA 18704-4961
5089375        +VISION IMAGING,    517 PIERCE ST,    Kingston, PA 18704-5757
5105294         Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5089335        +E-mail/Text: legal@arsnational.com Jan 31 2019 19:27:33     ARS NATIONAL,    PO BOX 469100,
                 Escondido, CA 92046-9100
5089336         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 31 2019 19:27:36      BOSCOVS,    PO BOX 183003,
                 Columbus, OH 43218-3003
5089339         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 31 2019 19:25:26      CAPITAL ONE,
                 PO BOX 71083,    Charlotte, NC 28272-1083
5089344        +E-mail/PDF: creditonebknotifications@resurgent.com Jan 31 2019 19:25:15      CREDIT ONE BANK,
                 PO BOX 98872,    Las Vegas, NV 89193-8872
5104716         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 31 2019 19:25:39
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
5091623        +E-mail/Text: bankruptcy@cavps.com Jan 31 2019 19:27:59     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5089345         E-mail/Text: mrdiscen@discover.com Jan 31 2019 19:27:23     DISCOVER,    PO BOX 3008,
                 New Albany, OH 43054-3008
5092054         E-mail/Text: mrdiscen@discover.com Jan 31 2019 19:27:23     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5089347         E-mail/Text: bnc-bluestem@quantum3group.com Jan 31 2019 19:28:08     FINGERHUT,    PO BOX 166,
                 Newark, NJ 07101-0166
5089356         E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2019 19:25:09     LOWES,    PO BOX 530914,
                 Atlanta, GA 30353-0914
5105495         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 31 2019 19:25:15
                 LVNV Funding, LLC its successors and assigns as,    assignee of Santander Consumer USA,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5089359        +E-mail/Text: bknotices@mbandw.com Jan 31 2019 19:28:02     MCCARTHY BURGESS AND WOLFE,
                 26000 CANTON RD,    Bedford, OH 44146-1807
5089360         E-mail/Text: rcpsbankruptcynotices@parallon.com Jan 31 2019 19:28:22      MEDICREDIT,
                 PO BOX 1629,    Maryland Heights, MO 63043-0629
5103714        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 31 2019 19:27:49     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
5089361        +E-mail/Text: electronicbkydocs@nelnet.net Jan 31 2019 19:27:52
                 NELNET  U.S. DEPT OF EDUCATION,    PO BOX 82561,    Lincoln, NE 68501-2561
5089363         E-mail/PDF: cbp@onemainfinancial.com Jan 31 2019 19:25:21     ONE MAIN FINANCIAL,
                 PO BOX 9001122,    Louisville, KY 40290-1122
5100656         E-mail/PDF: cbp@onemainfinancial.com Jan 31 2019 19:25:34     ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
5089365         E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2019 19:25:09     PAYPAL CREDIT,    PO BOX 960080,
                 Orlando, FL 32896-0080
5089367         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2019 19:25:14
                 PORTFOLIO RECOVERY,    PO BOX 12914,    Norfolk, VA 23541
5103611         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2019 19:25:14
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5090349        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2019 19:25:27
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5106085        +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 31 2019 19:27:57     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5117106        E-mail/Text: bnc-quantum@quantum3group.com Jan 31 2019 19:27:39
               Quantum3 Group LLC as agent for,   Galaxy International Purchasing LLC,   PO Box 788,
               Kirkland, WA  98083-0788
5114342        E-mail/Text: bnc-quantum@quantum3group.com Jan 31 2019 19:27:40
               Quantum3 Group LLC as agent for,   Second Round Sub LLC,   PO Box 788,
               Kirkland, WA  98083-0788
5105304        E-mail/Text: bnc-quantum@quantum3group.com Jan 31 2019 19:27:39
               Quantum3 Group LLC as agent for,   MOMA Trust LLC,   PO Box 788,   Kirkland, WA  98083-0788
5114339        E-mail/Text: bnc-quantum@quantum3group.com Jan 31 2019 19:27:39
               Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
               Kirkland, WA  98083-0788
5089372       +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2019 19:25:09      SYNCHRONY BANK,
               4125 WINDWARD PLAZA DR,   Alpharetta, GA 30005-8738
5117441       +E-mail/Text: bncmail@w-legal.com Jan 31 2019 19:27:54      TD BANK USA, N.A.,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
5089376        E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2019 19:25:22      WAL-MART,   PO BOX 960024,
               Orlando, FL 32896-0024
                                                                                              TOTAL: 29

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5089338        CABELAS
5089341        CAR CARE CREDIT
5089342        CARE CREDIT
5089350        GAMESTOP
5089352        GETTINGTON
5089353        GOODYEAR
5089357        MARINER FINANCE
5089377        WELLS FARGO
5089378        WOODFOREST BANK
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5089337*       BOSCOVS,   PO BOX 183003,   Columbus, OH 43218-3003
5089340*       CAPITAL ONE,   PO BOX 71083,   Charlotte, NC 28272-1083
                                                                               TOTALS: 9, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2019 at the address(es) listed below:
              Carol Weiss Baltimore    on behalf of Debtor 2 Kathleen  Ragona bandicot6@aol.com
              Carol Weiss Baltimore    on behalf of Debtor 1 Joseph M Ragona, III bandicot6@aol.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | |
|---|---|
| Joseph M Ragona III,<br>**Debtor 1** | Chapter 13 |
| Kathleen Ragona,<br>aka Kathleen Malec,<br>**Debtor 2** | Case No. 5:18–bk–03141–JJT |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **February 26, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: March 5, 2019<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 31, 2019 |

ntcnfhrg (03/18)