```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 18-03141-RNO
Joseph M Ragona, III                                                Chapter 13
Kathleen Ragona
         Debtors                 **CERTIFICATE OF NOTICE**

District/off: 0314-5           User: TWilson              Page 1 of 1          Date Rcvd: Mar 06, 2019
                               Form ID: orcnfpln          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2019.
db/jdb         +Joseph M Ragona, III,   Kathleen Ragona,   382 Old River Rd,   Thorhurst, PA 18424-7623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2019 at the address(es) listed below:
              Carol Weiss Baltimore    on behalf of Debtor 2 Kathleen    Ragona bandicot6@aol.com
              Carol Weiss Baltimore    on behalf of Debtor 1 Joseph M Ragona, III bandicot6@aol.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

In re:

| | |
|---|---|
| Joseph M Ragona III,<br>**Debtor 1**<br><br>Kathleen Ragona,<br>aka Kathleen Malec,<br>**Debtor 2** | Chapter 13<br><br>Case No. 5:18–bk–03141–RNO |

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on July 30, 2018. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

Dated: March 6, 2019

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: TWilson, Deputy Clerk

orcnfpln(05/18)