Certificate Number: 15317-PAM-DE-032927252

Bankruptcy Case Number: 18-03141



15317-PAM-DE-032927252

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 5, 2019</u>, at <u>8:33</u> o'clock <u>PM PDT</u>, <u>Kathleen A Ragona</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>June 5, 2019</u>　　　By: <u>/s/Rose Benito</u>

　　　Name: <u>Rose Benito</u>

　　　Title: <u>Counselor</u>