# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kathleen Ragona aka Kathleen Malec<br>Joseph M. Ragona III<br>Debtor(s) | BK NO. 18-03141 RNO<br><br>Chapter 13 |
| PennyMac Loan Services, LLC<br>Movant<br>vs.<br><br>Kathleen Ragona aka Kathleen Malec<br>Joseph M. Ragona III<br>Debtor(s)<br><br>Charles J. DeHart, III Esq.,<br>Trustee | |

## CERTIFICATE OF SERVICE

I, James C. Warmbrodt of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>June 26, 2020</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Kathleen Ragona aka Kathleen Malec
382 Old River Road
Thornhurst, PA 18424

Joseph M. Ragona III
382 Old River Road
Thornhurst, PA 18424

<u>Attorney for Debtor(s)</u>
Carol Weiss Baltimore, Esq.
480 Pierce Street, Suite 105
Kingston, PA 18704

<u>Trustee</u>
Charles J. DeHart, III Esq.
8125 Adams Drive, Suite A (VIA ECF)
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>June 26, 2020</u>

/s/James C. Warmbrodt Esquire
James C. Warmbrodt Esquire
Attorney I.D. 42524
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
jwarmbrodt@kmllawgroup.com