UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH M RAGONA, III

KATHLEEN RAGONA
AKA: KATHLEEN MALEC

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

vs.

JOSEPH M RAGONA, III
KATHLEEN RAGONA
AKA: KATHLEEN MALEC
    Respondent(s)

CHAPTER 13

CASE NO: 5-18-03141-HWV

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on July 7, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated: July 7, 2021

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     JOSEPH M RAGONA, III
             KATHLEEN RAGONA
             AKA: KATHLEEN MALEC          CHAPTER 13

             Debtor(s)

             JACK N. ZAHAROPOULOS          CASE NO: 5-18-03141-HWV
             CHAPTER 13 TRUSTEE
             Movant

## **NOTICE**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

        August 4, 2021 at 09:30 AM
        U.S. Bankruptcy Court
        Max Rosenn U.S. Courthouse
        197 S. Main Street
        Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

       **AMOUNT DELINQUENT AS OF LAST MONTH: $ 459.00**
       **AMOUNT DUE FOR THIS MONTH: $153.00**
       **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $612.00**

**NOTE:**
       **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

       **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

       If **submitting payment by U.S. First Class Mail** mail to**:**
          JACK N. ZAHAROPOULOS, PO BOX 6008, MEMPHIS, TN 38101-6008

       If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed

with the Court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: July 7, 2021

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     JOSEPH M RAGONA, III

             KATHLEEN RAGONA  
             AKA: KATHLEEN MALEC          CHAPTER 13

                     Debtor(s)

             JACK N. ZAHAROPOULOS          CASE NO: 5-18-03141-HWV  
             CHAPTER 13 TRUSTEE  
                     Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 7, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

| | |
|---|---|
| CAROL W BALTIMORE, ESQUIRE | UNITED STATES TRUSTEE |
| LAW OFFICE OF CAROL BALTIMORE | SUITE 1190 |
| 480 PIERCE ST, STE 105 | 228 WALNUT STREET |
| KINGSTON, PA 18704- | HARRISBURG, PA 17101 |

Served by First Class Mail

JOSEPH M RAGONA, III  
KATHLEEN RAGONA  
382 OLD RIVER RD  
THORHURST, PA 18424

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 7, 2021                          Bobbie Weigel  
                                               for Jack N. Zaharopoulos, Trustee  
                                               Suite A, 8125 Adams Dr.  
                                               Hummelstown, PA 17036  
                                               Phone: (717) 566-6097  
                                               eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH M RAGONA, III
KATHLEEN RAGONA
AKA: KATHLEEN MALEC

        CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-18-03141-HWV

vs.

JOSEPH M RAGONA, III
KATHLEEN RAGONA
AKA: KATHLEEN MALEC

MOTION TO DISMISS

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.