# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kathleen Ragona aka Kathleen Malec<br>Joseph M. Ragona III<br>    Debtor(s) | CHAPTER 13 |
| PennyMac Loan Services, LLC<br>    Movant<br>vs.<br>Kathleen Ragona aka Kathleen Malec<br>Joseph M. Ragona III<br>    Debtor(s)<br>Jack N. Zaharopoulos<br>    Trustee | NO. 18-03141 HWV<br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Brian C. Nicholas, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of PennyMac Loan Services, LLC to Approve Loan Modification and NOTICE OF MOTION, RESPONSE DEADLINE have been served on June 14, 2023, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Kathleen Ragona aka Kathleen Malec
382 Old River Road
Thornhurst, PA 18424

Joseph M. Ragona III
382 Old River Road
Thornhurst, PA 18424

Attorney for Debtor(s)
Carol Weiss Baltimore, Esq.
480 Pierce Street, Suite 105
Kingston, PA 18704

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Office of the US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Date: June 14, 2023

**/s/ Brian C. Nicholas,**
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
bnicholas@kmllawgroup.com
Attorney for Movant/Applicant
Main Phone #: 215-627-1322