United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                        Case No. 18-03141-MJC
Joseph M Ragona, III                           Chapter 13
Kathleen Ragona
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                                    User: AutoDocke                                  Page 1 of 4
Date Rcvd: May 29, 2024                          Form ID: 3180W                               Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph M Ragona, III, Kathleen Ragona, 382 Old River Rd, Thorhurst, PA 18424-7623 |
| 5089334 | | AMERICOLLECT, PO BOX 1690, Colby, WI 54421-1690 |
| 5089346 | | EYE CARE SPECIALISTS, PO BOX 660827, Dallas, TX 75266-0827 |
| 5089348 | | FIRST PREMIER BANK, Sioux Falls, SD 57107 |
| 5089351 | | GEISINGER, PO BOX 27727, Newark, NJ 07101-7727 |
| 5089354 | + | JEFFERSON HEALTH, PO BOX 88, Philadelphia, PA 19105-0088 |
| 5089355 | | L.C.C.C., 1333 S. PROPSECT ST, Nanticoke, PA 18634 |
| 5089358 | + | MATTHEW BERGER, M.D., 340 MONTAGE MTN RD, Moosic, PA 18507-1707 |
| 5089369 | | RADIOLOGY ASSOCS, PO BOX 197, State College, PA 16804-0197 |
| 5089370 | + | RECON ORTHO, PO BOX 757910, Philadelphia, PA 19175-7910 |
| 5089371 | + | ROTHMAN INSTITUTE, 925 CHESTNUT ST, Philadelphia, PA 19107-4290 |
| 5089374 | + | VALLEY ENT, P.C, 190 WELLES ST, Kingston, PA 18704-4961 |
| 5089375 | + | VISION IMAGING, 517 PIERCE ST, Kingston, PA 18704-5757 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AIS.COM | May 29 2024 22:35:00 | Capital One Bank (USA) N.A Cabelas Club Visa by Am, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5089332 | | ^ MEBN | May 29 2024 18:34:35 | ADVANCED CALL CENTER, PO BOX 9091, Johnson City, TN 37615-9091 |
| 5089335 | + | Email/Text: legal@arsnational.com | May 29 2024 18:38:00 | ARS NATIONAL, PO BOX 469100, Escondido, CA 92046-9100 |
| 5089336 | | EDI: WFNNB.COM | May 29 2024 22:35:00 | BOSCOVS, PO BOX 183003, Columbus, OH 43218-3003 |
| 5089339 | | EDI: CAPITALONE.COM | May 29 2024 22:35:00 | CAPITAL ONE, PO BOX 71083, Charlotte, NC 28272-1083 |
| 5110922 | + | EDI: AIS.COM | May 29 2024 22:35:00 | CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA, 4515 N SANA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| 5089343 | + | Email/Text: ngisupport@radiusgs.com | May 29 2024 18:38:00 | CENTRAL CREDIT, 9550 REGENCY SQ BLVD, STE 500, Jacksonville, FL 32225-8169 |
| 5089344 | + | Email/PDF: creditonebknotifications@resurgent.com | May 29 2024 18:43:52 | CREDIT ONE BANK, PO BOX 98872, Las Vegas, NV 89193-8872 |
| 5104716 | | EDI: CAPITALONE.COM | May 29 2024 22:35:00 | Capital One Bank (USA), N.A., PO Box 71083, |

| | | | | |
|---|---|---|---|---|
| | | | | Charlotte, NC 28272-1083 |
| 5091623 | + | Email/Text: bankruptcy@cavps.com | May 29 2024 18:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5089345 | | EDI: DISCOVER | May 29 2024 22:35:00 | DISCOVER, PO BOX 3008, New Albany, OH 43054-3008 |
| 5092054 | | EDI: DISCOVER | May 29 2024 22:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5089347 | | EDI: BLUESTEM | May 29 2024 22:35:00 | FINGERHUT, PO BOX 166, Newark, NJ 07101-0166 |
| 5089349 | ^ | MEBN | May 29 2024 18:34:40 | FMS, INC, PO BOX 707600, Tulsa, OK 74170-7600 |
| 5089333 | | EDI: JPMORGANCHASE | May 29 2024 22:35:00 | AMAZON.COM, PO BOX 15123, Wilmington, DE 19850-5123 |
| 5089356 | | EDI: SYNC | May 29 2024 22:35:00 | LOWES, PO BOX 530914, Atlanta, GA 30353-0914 |
| 5105495 | | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2024 18:43:51 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5089359 | | Email/Text: bknotices@mbandw.com | May 29 2024 18:38:00 | MCCARTHY BURGESS AND WOLFE, 26000 CANTON RD, Bedford, OH 44146 |
| 5089360 | | EDI: PARALONMEDCREDT | May 29 2024 22:35:00 | MEDICREDIT, PO BOX 1629, Maryland Heights, MO 63043-0629 |
| 5103714 | + | Email/Text: bankruptcydpt@mcmcg.com | May 29 2024 18:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5089361 | + | Email/Text: electronicbkydocs@nelnet.net | May 29 2024 18:38:00 | NELNET U.S. DEPT OF EDUCATION, PO BOX 82561, Lincoln, NE 68501-2561 |
| 5089362 | + | Email/Text: ngisupport@radiusgs.com | May 29 2024 18:38:00 | NORTHLAND GROUP, PO BOX 390846, Minneapolis, MN 55439-0846 |
| 5089363 | | EDI: AGFINANCE.COM | May 29 2024 22:35:00 | ONE MAIN FINANCIAL, PO BOX 9001122, Louisville, KY 40290-1122 |
| 5100656 | | EDI: AGFINANCE.COM | May 29 2024 22:35:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5089365 | | EDI: SYNC | May 29 2024 22:35:00 | PAYPAL CREDIT, PO BOX 960080, Orlando, FL 32896-0080 |
| 5089366 | | Email/PDF: ebnotices@pnmac.com | May 29 2024 18:44:00 | PENNYMAC, PO BOX 514387, Los Angeles, CA 90051-4387 |
| 5089367 | | EDI: PRA.COM | May 29 2024 22:35:00 | PORTFOLIO RECOVERY, PO BOX 12914, Norfolk, VA 23541 |
| 5103611 | | EDI: PRA.COM | May 29 2024 22:35:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5090349 | + | EDI: PRA.COM | May 29 2024 22:35:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5117333 | + | Email/PDF: ebnotices@pnmac.com | May 29 2024 18:43:52 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5106085 | + | EDI: JEFFERSONCAP.COM | May 29 2024 22:35:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5114342 | | EDI: Q3G.COM | May 29 2024 22:35:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5117106 | | EDI: Q3G.COM | May 29 2024 22:35:00 | Quantum3 Group LLC as agent for, Galaxy |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5114339 | | EDI: Q3G.COM | May 29 2024 22:35:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5105304 | | EDI: Q3G.COM | May 29 2024 22:35:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5089372 | + | EDI: SYNC | May 29 2024 22:35:00 | SYNCHRONY BANK, 4125 WINDWARD PLAZA DR, Alpharetta, GA 30005-8738 |
| 5089373 | | EDI: WTRRNBANK.COM | May 29 2024 22:35:00 | TARGET, PO BOX 660170, Dallas, TX 75266-0170 |
| 5117441 | + | Email/Text: bncmail@w-legal.com | May 29 2024 18:38:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5089376 | | EDI: SYNC | May 29 2024 22:35:00 | WAL-MART, PO BOX 960024, Orlando, FL 32896-0024 |
| 5105294 | | EDI: WFFC2 | May 29 2024 22:35:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5089338 | | CABELAS |
| 5089341 | | CAR CARE CREDIT |
| 5089342 | | CARE CREDIT |
| 5089350 | | GAMESTOP |
| 5089352 | | GETTINGTON |
| 5089353 | | GOODYEAR |
| 5089357 | | MARINER FINANCE |
| 5089377 | | WELLS FARGO |
| 5089378 | | WOODFOREST BANK |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5089337 | * | BOSCOVS, PO BOX 183003, Columbus, OH 43218-3003 |
| 5089340 | * | CAPITAL ONE, PO BOX 71083, Charlotte, NC 28272-1083 |
| 5089364 | ##+ | PATENUDE AND FELIX, 4545 MURPHY CANYON RD., 3RD FLOOR, San Diego, CA 92123-4363 |
| 5089368 | ## | PROCO, PO BOX 2462, Aston, PA 19014-0462 |

TOTAL: 9 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2024       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carol Baltimore | on behalf of Debtor 1 Joseph M Ragona III bandicot6@aol.com |
| Carol Baltimore | on behalf of Debtor 2 Kathleen Ragona bandicot6@aol.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Joseph M Ragona III<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–5702<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | Kathleen Ragona<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–2327<br>EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18-bk-03141-MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joseph M Ragona III

Kathleen Ragona
aka Kathleen Malec

**By the court:**

5/29/24

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**