Debtor 1    Joseph M. Ragona III

Debtor 2    Kathleen Ragona aka Kathleen Malec

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number    18-03141 HWV

## Official Form 410S1

# Notice of Mortgage Payment Change          **12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor: PennyMac Loan Services, LLC**

**Court claim no.** (if known): <u>28</u>

**Last 4 digits** of any number you use to
identify the debtor's account: <u>7192</u>

**Date of payment change:**
Must be at least 21 days after date
of this notice                                   <u>05/01/2023</u>

**New total payment:**                           <u>$646.42</u>
Principal, interest, and escrow, if any

---

| **Part 1:** | **Escrow Account Payment Adjustment** |
| --- | --- |

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe
   the basis for the change. If a statement is not attached, explain why: _____

   | Current escrow payment: <u>$251.02</u> | New escrow payment: $ <u>212.04</u> |
   | --- | --- |

---

| **Part 2:** | **Mortgage Payment Adjustment** |
| --- | --- |

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the
   debtor's variable-rate account?**

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not
   attached, explain why: _____

   | Current interest rate: _____% | New interest rate: _____% |
   | --- | --- |
   | Current principal and interest payment: $_____ | New principal and interest payment: $ _____ |

---

| **Part 3:** | **Other Payment Change** |
| --- | --- |

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change:_____.

   | Current mortgage payment: $_____ | New mortgage payment: $ _____ |
   | --- | --- |

---

Document ID: 9c5929d56424a495c46bfb0eea7c6a94414b532d1b4a3d2f81af7e7f8e2f9cc7

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*            Date  03/23/2023

     Signature

**Print:** Michael Farrington
23 Mar 2023, 14:25:36, EDT

Title  Attorney for Creditor

Company  KML Law Group, P.C.

Address  701     Market Street, Suite 5000

          Number      Street

          Philadelphia,          PA   19106

          City              State    ZIP Code

Contact phone  (215) 627–1322      Email bkgroup@kmllawgroup.com